■ WASHINGTON MUTUAL BANK, FA, Respondent, v PEAK HEALTH CLUB, INC., et al., Defendants, and ARNOLD MARSHEL, Appellant. (And Another Title.) [903 NYS2d 267]—Appeal by the defendant Arnold Marshel, as limited by his brief, from stated portions of an amended judgment of the Supreme Court, Nassau County (Warshawsky, J.), entered September 30, 2009.

Ordered that the judgment is affirmed insofar as appealed from, with costs for reasons stated by Justice Warshawsky at the Supreme Court. Fisher, J.P., Santucci, Miller and Lott, JJ., concur.